JAMES R. DUMPSON, as Commissioner of Welfare of the City of New York v. ROBERT STICH.—

Concur —
Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

In the Matter of ALBERT MORRIS v. JAMES W. GAYNOR, as Commissioner of Housing.—

Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VINCENT MUMMIANI v. HARRY SILBERGLITT, as Warden of the City Prison, Borough of Manhattan.—

Concur —
Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

In the Matter of the CITY OF NEW YORK Relative to Acquiring Title to Real Property Required for Lincoln Square Slum Clearance Project.—

Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

HELENE ADLER et al., Copartners, v. A. & M. DIAMOND CORP.—

Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

In the Matter of JOSEPH CULHANE v. JOHN L. FLYNN, as Justice of the Supreme Court.—

Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.